# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY LUNA,<br><br>Petitioner,<br><br>v.<br><br>SANDRA HUTCHENS, Sheriff,<br><br>Respondent. | Case No. SA CV 17-542 FMO (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 9/21/17

_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE